UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MATTHEW EZEKIEL ARIAS-LEE,

        Plaintiff,

  - against -                                    ORDER
                                                    21-CV-6752 (RPK) (JRC)

THE CITY OF NEW YORK, et al.,

        Defendants.
---------------------------------------------------------X

RACHEL P. KOVNER, United States District Judge:

        On November 30, 2021, *pro se* plaintiff filed this action. However, he failed to pay the filing fee or to request in forma pauperis ("IFP") status. By letter dated December 7, 2021, the Clerk of Court provided plaintiff with an IFP application and instructed plaintiff that to proceed, he must either pay the $402 filing fee or return the completed IFP application within fourteen days. The letter warned that plaintiff's case might be dismissed if he did not comply. Plaintiff has not responded to the letter from the Clerk of Court and the time for doing so has passed.

        Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this order to plaintiff's address of record and close this case.

SO ORDERED.

                                                      */s/ Rachel Kovner*
                                                      RACHEL P. KOVNER
                                                      United States District Judge

Dated:  Brooklyn, New York
           January 5, 2022